Attachment A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**FILED**

AUG 1 2 2009

**U.S. DISTRICT COURT**
**CLARKSBURG, WV 26301**

Vaughn D. Jackson
_____
_____
_____

*Enter the full name of the plaintiff*

v.

E. Lavoyd Morgan Jr.
_____
_____
_____

*Enter above the full name of defendant(s)*
*(If you have additional defendants, list them on a separate sheet of paper)*

**COMPLAINT**

Civil Action No.: 2:09cv98

*(To be assigned by the clerk)*

I.      PARTIES

*In Item A below, place your name, inmate number, and address in the space provided.*

A.      Name of Plaintiff: Vaughn D. Jackson
Inmate No.: 42859

Address: 2880 North Pleasants Highway
St. Marys, WV. 26170

*In Item B below, place the full name of the defendant, his or her official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B.      Name of Defendant: E. Lavoyd Morgan
Position: Attorney at Law

Place of Employment: Morgan & Associates Lewisburg, WV 24901

C.      Additional Defendants *(provide the same information for each defendant as listed in Item B above)*:

_____
_____
_____
_____

II.     PLACE OF PRESENT CONFINEMENT

*Name of Prison/Institution:* St. Marys Correctional Center

A.      Is this where the events concerning your complaint took place?
Yes_____      No ✓

If you answered "no", where did the events occur? Greenbrier County Courthouse

B.      Is there a prisoner grievance procedure in this institution?
Yes ✓      No_____

C.      Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes_____      No ✓

If your answer is NO, explain why not: incident occured on the streets.

If your answer is YES, what was the result at level one, level two, and level three (attach grievances and responses):

_____

_____

III.   PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?

        Yes_____   No____✓____

    B.    If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

        1.    Parties to this previous lawsuit:

        Plaintiff(s):_____

        Defendant(s):_____

        2. Court:_____

                *(If federal court, name the district; if state court, name the county)*

        3. Docket Number:_____

        4. Name of Judge(s) to whom case was assigned:_____

        5. Disposition:_____

                *(For example, was the case dismissed? Appealed? Pending?)*

        6. Approximate date of filing lawsuit:_____

        7. Approximate date of disposition:_____

IV.   STATEMENT OF CLAIM

*State here, as briefly as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

## Claim of Legal Malpractice Against Mr. E. Lavoyd Morgan, Jr., Attorney At Law.

My Attorney, E. Lavoyd Morgan, Jr., Was Unethical Conduct And Improper Proper Practice. Mr. Morgan, Jr., had me to take a Plea Agreement with the State on A Three Charge's indictment. When this Attorney could have made a Motion to dismiss the indictment, on the ground The Indictment is Fatally defective, because it did NOT contain The Grand Jury Foreperson's Signature as the W. VA. Code 62-9-1 (1931) requires, "Indicate that perscribed outlined indictment form is not indispensible and That an indictment adapting different phraseology will be good if essential elements are properly set forth. However, because of the Legislature used the word "Shall in connection with the signature of The Grand Jury Foreperson and the attestation of the Prosecutoring Attorney, an indictment not carrying on its back

IV.    STATEMENT OF CLAIM - continued.

the endorsement of the Prosecuting Attorney, is Fatally defective on Motion to Quash".

As well in:

Rule 7 (c) (1) The West Virginia Rules of Criminal Procedure, W.VA. R. CRIM. P.

Rule 7 The Indictment And Information.

(c) Nature And Contents.

(1) In General — The indictment or the information Shall be plain, concise and definate written statement of the essential facts constituting the offense charged. An indictment Shall be signed by the Foreperson of The Grand Jury and The Attorney for The State.

This is improper practice to have a Client to plea guilty to a indictment that could be dismissed.

Further improper practice is when Attorney advised Me of what the sentence's for Count 1, and Count 2, Said that these Counts carried, "Not less than one (1) No More than Fifteen (15) Years" Each!! When in fact those Two Counts only carry, "Not less Than (1) one, no more than Five (5) Years Each!!

Than said Attorney Improper Practice concerning of Said Motion to Supress Search, Said Attorney did NOT even attempted to appeal said denial. Any good Lawyer would have.

V.   RELIEF

*State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.*

Relief Requested: This Matter to be presented to a Jury Trial, And be awarded Money damages of Five Hundred Thousand Dollars.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

*Signed this* __10th__ *day of* __August__ , 20 __09__ .


_____
*Signature of Plaintiff*

**I declare under penalty of perjury that the foregoing is true and correct.**

*Signed this* __10th__ *day of* __August__ , 20 __09__ .


_____
*Signature of Plaintiff*